Gardephe, P

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/16

JUDGE GARDEPHE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
3M COMPANY,

                        Plaintiff,

   -against-

HSBC BANK USA, N.A.,

                        Defendant.
------------------------------------------------------------x

16 Civ. 5984

**ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER**

       Upon the declaration of Beth L. Kaufman dated July 26, 2016, and the exhibits attached thereto, plaintiff 3M Company's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction dated July 26, 2016, and the copy of the complaint hereto annexed, it is

       ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 705, United States Courthouse, 40 Foley Square, ~~500 Pearl Street,~~ in the City, County and State of New York, on July 27, 2016, at 1:15 p.m., or as soon thereafter as counsel may be heard, why an order should not be entered herein, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining the defendant during the pendency of this action from making payment under the letter of credit no. SDCMTN562237 issued by HSBC Bank USA, N.A. pursuant to the request of plaintiff 3M Company, as applicant, in the amount of $1 million, in connection with 3M Company's performance of its duties as a subcontractor in the provision of hardware and software to Vendekabilgi Teknolojileri Ticaret Ltd. Sti.; and it is further

       ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's motion of a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from making any payment under HSBC letter of credit no. SDCMTN562237; and it is further

ORDERED that personal service of a copy of this order and annexed papers upon the defendant or its counsel on or before ~~5:00~~ 5:00 p.m. on July 27, 2016 shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: July 27 2016 1:41 p.m.

*No security is necessary at this time. The Court will conduct a hearing on the application for a preliminary injunction on August 18, 2016 at 10:00 A.M.*

_____
Paul A. Gardephe
United States District Judge

*Security in the amount of $_____ will be posted by _____.*

*No prior application has been made for the relief requested herein.*

2